# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Michael Allen Yazzie,<br><br>   Defendant. | No. CR-19-08149-001-PCT-SMB<br><br>**ORDER** |

United States Magistrate Judge Eileen Willett has issued a report and recommendation ("R&R") recommending that the Court find that the Defendant has violated Standard Condition #13 as set forth in Allegation B of the Petition to Revoke Supervised Release (Doc.82). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at p.3) (citing Rule 72, Federal Rules of Civil Procedure) Defendant filed an objection (Doc. 84) and the Government filed a response to the objection (Doc. 90). Defendant challenges the Magistrate Judge's finding that the defendant knew Officer Bethel wanted to speak with him, and Defendant refused to do so. Defendant also challenges the finding that defendant failed to report as directed to the probation office on May 8, 2025.

The Court has considered the objections, the response, and the transcript of the hearing on August 1, 2025, and reviewed the Report and Recommendation de novo. The Court finds by a preponderance of the evidence that Defendant was aware that Officer Bethel wanted to speak with him and he refused to do so. This was supported by Officer

Bethel's testimony that she went to Defendant's residence on three different dates attempting to make contact. On one occasion, Defendant's father confirmed that he was home but defendant refused to come out of his room. On another trip, Defendant's Mother verified that Defendant lived there and agreed to give him a message. On the third and final trip, Officer Bethel didn't make contact with anyone but left a letter addressed to Defendant in a secure location at his verified residence. In addition, Officer Bethel left multiple messages for Defendant on the home and cell phone numbers provided by Defendant. Defendant did not respond to any of the Officer's messages. The Court further finds that the letter left for Defendant at his verified address and in a secure location provided Defendant notice that he had to report in person on May 8, 2025. Defendant failed to report. Therefore, the evidence shows by a preponderance of the evidence that Defendant failed to report as directed on May 8, 2025. Therefore,

**THE COURT FINDS** that Defendant has violated Standard Condition #13 as set forth in Allegation B of the Petition to Revoke Supervised Release.

**IT IS THEREFORE ORDERED adopting** the Report and Recommendation of the Magistrate Judge (Doc. 82);

Dated this 19th day of September, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge